# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MELVIN RAY BRUMMETT,

                Plaintiff,

    v.

SILLEN, et al.,

                Defendants.

_____/

CASE NO. 1:06-cv-1255-OWW DLB PC

ORDER DENYING MOTION FOR
DECLARATORY JUDGMENT

(Doc. 9)

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on September 13, 2007. On September 10, 2008, Plaintiff filed a motion for declaratory judgment/relief.  (Doc. 9).

        "A declaratory judgment, like other forms of equitable relief, should be granted only as a matter of judicial discretion, exercised in the public interest."  Eccles v. Peoples Bank of Lakewood Village, 333 U.S. 426, 431 (1948).  "Declaratory relief should be denied when it will neither serve a useful purpose in clarifying and settling the legal relations in issue nor terminate the proceedings and afford relief from the uncertainty and controversy faced by the parties."  United States v. Washington, 759 F.2d 1353, 1357 (9th Cir. 1985).  In the event that this action reaches trial and the jury returns a verdict in favor of plaintiff, that verdict will be a finding that plaintiff's constitutional rights were violated.  A declaration that defendants violated plaintiff's rights is unnecessary.

///

///

1    Based on the foregoing, plaintiff's motion for declaratory relief, filed September 9, 2008, is

2  HEREBY DENIED.

3    IT IS SO ORDERED.

4  **Dated:**   **November 6, 2008**            **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28